FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
14 MAY 22 PM 4:44
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

TERRE HAUTE DIVISION

RICHARD KEITH JOHNSON,
Plaintiff,

v

CAUSE NO. 1:14-cv-0838 JMS -DML

GEO GROUP, J. Randall,

and KEITH Butts,
Defendants.

COMPLAINT

I. Parties

A. Plaintiff: Richard Keith Johnson #926081

Address: NCCF, P.O. Box A, New Castle, Ind 47362

B. Defendant(s): GEO GROUP (private company)

NCCF, P.O. Box A, New Castle Ind. 47362

Mr. Keith Butts (Superintendant)

NCCF, P.O. Box A, New Castle, Ind. 47362

Mrs. J. Randall (Unit Team Manager MHU)

NCCF, P.O. Box A, New Castle, Ind. 47362

## II. STATEMENT OF JURISDICTION

Jurisdiction is invoked pursuant to 42 U.S.C. §1983

## III CAUSE OF ACTION

Ground I: Violation of the Eighth Amendment Right to be free of Cruel and Unusual punishment in re to Conditions of Confinement; no heat in cells, food tray/sacks not appropriate, sanitation of cells, restraints and use of rubber gloves by Custody Staff, et al...

Ground II: Violation of the Eighth Amendment Right to be free of Cruel and Unusual punishment in re to forced Medical/Mental health treatment, with punishments given for refusing; as well as inappropriate disciplinary actions against mentally ill and/or the physically disabled.

Ground III: Violation of the Eighth Amendment Right to be free of Cruel and Unusual punishment in re to discrimination of disabled prisoners, both mentally and physically, in the form of Corpral punishment, et al...

## IV. STATEMENT OF FACTS

#I. The GEO GROUP is a private company that owns the New Castle Facility.

They are responsible for maintaining the upkeep of the Facility. The Plaintiff has been here since January 17, 2014. He has been on 500, 600 and 800 range. On each range there has been no heat coming through the ventilation system. The one time it was turned on it became so hot in the cells prisoners had difficulty breathing. Ice forms on the inside of the windo's yet when the Plaintiff wrote to the Superintendant, Mr. Butts Mrs. Randall responded by saying "... the physical plant Director... stated the temp on the 500 range is 68.79°F.." It can not be possible for a room made of steel and brick, half under ground, to remain such a temp when the temp outside drops below 30°F and there is no heat being vented into the cells. Further more due to no ventilation should a fire be started it would be extreamly hazarrdous to all prisoners on the range. It is also a violation of Federal Safety Codes.

#2.: Upon arrival at the Mental Health Unit at NCCF I was informed of the way this "treatment program" worked. I made a choice I did not want this treatment so I signed several Medical refusal and release of treatment forms yet I've been told that if I do not comply with this "treatment program" they will not allow me to leave the Mental Health Unit. This is forcing medical treatment on me and according to Federal law and the Constitution this cannot be done. This treatment is not "Court ordered" and never have I been required to do such treatment. My medical code was changed without justification in order to send me to this "Treatment program" of which was done

within three days(3) after signing the transfer papers.

#3.: This "treatment program" discriminates against the mentally ill and all other prisoners committed to it. They take the basic privileges away from the prisoners regardless of whether they have ever aboused those privileges as according to I.D.O.C. Policy. They claim it's due to security; however the true issue is the fact that not everyone in this "treatment program" is a danger to themselves or others and to take away their privileges, i.e., Shaving, the use of real ink pen/pencils/color penciles, able to order commissary items such as coffee or soda pop, etc., because other's who have a history of abuse is "corpral punishment". Furthermore, this program discriminates because it does not allow everyone the same privileges yet places everyone together which mentally harms prisoners by forcing them to listen to others: watch T.V., listen to their radio, eat food, get to order special food orders, etc., etc. • Nota bene: confer with Memo in Support of Complaint for detailed information.

## V. RELIEF

Plaintiff respectfully request the following relief:

1) The NCCF/Geo Group fix the heat/air system for 500, 600, 700 and 800 ranges;

2) The NCCF readvise their "treatment program" to give better treatment i.e. allowing the prisoner's to have their privileges on the conditions they have not and/or will not abuse them, and;

3) For the Plaintiff to be released immediately to either D.W.A.S. general population or sent to I.S.R. Mental Health Program.

AFFIRMATION OF PLAINTIFF

I, Richard Keith Johnson, in the aforementioned cause, do affirm that I have read all of the statements contained in this complaint and that I believe them to be true and correct to the best of my knowledge and beliefe.

Signed this 13th day of May, 2014

Richard Keith Johnson 192608
Plaintiff